UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-00220 |
| | ) | Judge Haynes |
| PAUL EICHEL | ) | |

### MOTION TO CONTINUE TRIAL DATE

*[Handwritten annotation: GRANTED. The motion is granted in the interests of justice to allow defense counsel for the parties. Counsel shall submit new proposed date. Order with a new trial date. /s/ 8-29-13]*

COMES NOW the Defendant, **Paul Eichel**, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an order continuing the trial of the above-captioned case from Tuesday, October 8, 2013 at 9:00 a.m. to a later date convenient to the Court and counsel. In support hereof, Defendant states as follows:

1. The trial of this case is currently scheduled for Tuesday, October 8, 2013 at 9:00 a.m. (Docket Entry 25). Mr. Eichel is on bond.

2. The parties are currently exploring a settlement in Mr. Eicvhel's case. A continuance of the 10/8/13 trial will give the parties additional time to conclude their discussions. Assistant United States Attorney Brent A. Hannafan is scheduled to begin a jury trial before Senior Judge Nixon on 10/8/13 in a case that has been pending in this district for several years due to pretrial appeals, etc. Obviously, Mr. Hannafan has a conflict with the 10/8/13 trial date in the *Eichel* case.

3. Assistant United States Attorney Brent A. Hannafan has authorized undersigned counsel to report that the government does not object to the Defendant's request to continue the 10/8/13 trial date.

4. Mr. Eichel has contemporaneously filed with an appropriate, executed Waiver of Speedy Trial.