UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-00220 |
| v. | ) | |
| | ) | Chief Judge Haynes |
| PAUL EICHEL | ) | |

**AGREED MOTION TO SET TRIAL DATE**

*[Handwritten annotation: "This motion is GRANTED" with signature and date "9-30-13"]*

The United States of America, by its attorneys David Rivera, Acting United States Attorney for the Middle District of Tennessee, and Brent A. Hannafan, Assistant United States Attorney, and with the agreement of the defendants' attorneys, Peter Strianse and David Raybin, hereby moves to have this Court set a trial date for March 18, 2014.

The undersigned has been advised that the defendant's attorneys agree to a trial date of March 18, 2014. The parties therefore jointly request this Court set the trial date for March 18, 201, and set all pre-trial deadlines based upon that trial date. An proposed agreed order is attached.

Respectfully submitted,

DAVID RIVERA
ACTING UNITED STATES ATTORNEY

By: s/ Brent A. Hannafan
Brent A. Hannafan
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151

1